UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MICAH GARY JOEL ROLPH | § | |
| | § | |
| | § | |
| VS. | § | MISC. ACTION NO. 7:18-MC-599 |
| | § | |
| LAURA HINOJOSA | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 2 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Plaintiff's Miscellaneous Action No. 7:18-mc-599 shall be **CONSOLIDATED** into Miscellaneous Action No. 7:18-mc-579, and that Miscellaneous Action No. 7:18-mc-599 shall be closed. It is further **ORDERED** that Plaintiff's Application to Proceed Without Prepayment of Fees is **DENIED** as moot.

The Clerk shall send a copy of this Order to Plaintiff.

SO ORDERED this 18th day of March, 2019, at McAllen, Texas.

Randy Crane
United States District Judge